COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     N.G. v. Department of Family and Protective Services

Appellate case number:     01-15-00195-CV

Trial court case number:     2008-32527

Trial court:     308th District Court of Harris County

On February 27, 2015, appellant filed her notice of appeal. *See* TEX. R. APP. P. 26.1(b), 27.1(a). On March 3, 2015, the trial court signed the final decree terminating appellant's rights to her minor child. The reporter's record was filed in this Court on March 9, 2015, and the clerk's record was filed on March 19, 2015.  Appellant's brief, therefore, was due to be filed on April 8, 2015. *See* TEX. R. APP. P. 38.6(a). On April 9, 2015, the Clerk of this Court notified appellant that her brief was late and provided her a deadline of April 20, 2015 to file the appellant's brief or request an extension of time. Appellant has filed a motion for extension of time to file her brief, requesting a thirty-day extension to May 20, 2015.

We grant in part appellant's motion. **Appellant's brief is due to be filed with this Court no later than May 11, 2015.** *See* TEX. R. APP. P.4.1, 38.6(d). Because this appeal involves the termination of the parent-child relationship, the Court is required to bring the appeal to final disposition within 180 days of the date the notice of appeal was filed so far as reasonably possible. *See* Tex. R. Jud. Admin. 6.2, *reprinted in* TEX. GOV'T. CODE ANN., tit. 2, subtit. F app. (West 2013). **Accordingly, no further extensions will be granted.**

It is so ORDERED.

Judge's signature: /s/ <u>Russell Lloyd</u>
                             ☒  Acting individually     ☐  Acting for the Court

Date:  April 23, 2015